# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:24-mj-00205-RB *SEALED* |
| | § | Other Dist. Docket No. 1:23-mj-357 |
| v. | § | Charge Pending: 18 USC §1752(a)(1) et al. |
| | § | District of Columbia |
| STEPHEN BAKER (1) | § | |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

*FILED MAR - 1 2024 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

The defendant is charged in the above-referenced district with the offense of KNOWINGLY ENTERING OR REMAINING IN ANY RESTRICTED BUILDING OR GROUNDS WITHOUT LAWFUL AUTHORITY et al. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)**   **Transfer**

☐   The government has produced a copy of the warrant, and

☐   The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

☑   The defendant waived identity hearing.

☐   An identity hearing was conducted, and the defendant's identity was established.

☐   The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:**   **Preliminary Hearing**

☐   No preliminary hearing is necessary because the defendant is charged by indictment.

☑   The defendant waived a preliminary hearing.

☐   The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐   The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐   There is probable cause to believe that the defendant committed the offense(s) charged.

☐   There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)**   **Detention Hearing**

- ☑ No detention hearing is necessary because the government did not move to detain the defendant.
- ☐ The defendant waived a detention hearing.
- ☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.
- ☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:
    - ☐ The defendant should be detained.
    - ☐ The defendant should be released on bond.

---

## ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

- ☐ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.
- ☑ It is ORDERED that this defendant be released from custody on bond pending further proceedings.
- ☐ It is ORDERED that this defendant be discharged.

DATE: _March 1, 2024_

_/s/ Christy C Criswell_
United States Magistrate Judge

(Use Other Side for Return)